EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de Concesión del viernes 23 de noviembre de 2012 | 2012 TSPR 175<br><br>187 DPR ____ |

Número del Caso: EM-2012-09

Fecha: 16 de noviembre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión del
viernes 23 de noviembre
de 2012

EM-2012-09

RESOLUCION

San Juan, Puerto Rico a 16 de noviembre de 2012.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el viernes 23 de noviembre de 2012, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes 23 de noviembre de 2012 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 26 de noviembre de 2012, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina